[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 18, 2007
THOMAS K. KAHN
CLERK

No. 06-16260
Non-Argument Calendar

D. C. Docket No. 06-00423-CV-BH-C

ROBERT FORD,
JANICE FORD,

Plaintiffs-Appellants,

versus

CHAMPION ENTERPRISES, INC.,
CHAMPION HOME BUILDERS CO.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Alabama

**(May 18, 2007)**

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

We affirm the district court's order of October 30, 2006, denying plaintiffs'

motion to compel arbitration.  As the court properly found (for the reasons stated in its order), plaintiffs "failed to establish that a valid agreement to arbitrate exists with respect to either CHB or CEI."  We also affirm the court's order of November 16, 2006, denying plaintiffs' motion to alter or amend the October 30 order.

**AFFIRMED.**